

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

April 18, 2022

Hon. Vincent L. Briccetti
United Stated District Judge
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *Davis v. Westchester County et al.* 22-cv-00598 (S.D.N.Y.)

Dear Judge Briccetti:

    This Office represents Defendants Westchester County and Leandra Eustache in the above referenced action. In accordance with the Initial Conference Notice dated March 28, 2022, counsel for both parties have conferred and agreed upon the attached proposed discovery plan.

    Respectfully,

    Haylei P. Peart
    Assistant County Attorney

cc:    Appearing Parties- via ECF